# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 22, 2024

---

## NO. 03-24-00524-CR

---

**Luis Cantu, Appellant**

**v.**

**The State of Texas, Appellee**

---

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE SMITH

---

This is an attempted appeal from the purported judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.